In the Matter of the Probate of the Last Will and Testament of FREDERICK WOLF, Deceased. WILLIAM H. SCHICK and Another, as Executors, etc., and Others, Appellants; LYDIA K. BEACH and Others, Respondents.— Decree reversed and new trial granted, with costs to appellants to abide

event, payable out of the estate. Held, 1. That the declarations of the daughter Ida, the residuary legatee and devisee, were incompetent and so prejudicial as to require a new trial. (*Matter of Kennedy*, 167 N. Y. 163; *Matter of Mayer*, 184 id. 54, 61; *Matter of Van Dawalker*, 63 App. Div. 550.) 2. That the evidence is insufficient to support the finding of undue influence or lack of testamentary capacity. All concurred.